IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:10-cv-21951-CIV-TORRES

| | |
|---|---|
| Jesús Cabrera Jaramillo, in his individual capacity, and in his capacity as the personal representative of the estate of Alma Rosa Jaramillo, <br><br> Jane Doe, in her individual capacity, and <br><br> John Doe, in his individual capacity, and in his capacity as the personal representative of the estate of Eduardo Estrada, <br><br>                Plaintiffs, <br><br> v. <br><br> CARLOS MARIO JIMÉNEZ NARANJO, also known as "Macaco," "El Agricultor," "Lorenzo González Quinchía," and "Javier Montañez," <br><br>                Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## REVISED JOINT DISCOVERY CONFERENCE REPORT

Plaintiffs Jesús Cabrera Jaramillo, Jane Doe, and John Doe (collectively "Plaintiffs") and Defendant Carlos Mario Jimenez Naranjo ("Defendant") (Plaintiffs and Defendants collectively, the "Parties") submit this Revised Joint Discovery Conference Report.

I.    **SUMMARY OF THE ACTION**

Plaintiffs are suing Defendant for the events that occurred in Colombia in 2001. On September 30, 2014, this Court dismissed Plaintiffs' claims brought pursuant to the Torture Victim Protection Act, Pub. L. No. 102-256, 106 Stat. 73 (1992) (codified at 28 U.S.C. § 1350 note § 2(a)), and also invoke the supplemental jurisdiction of this Court for various state and Colombian law claims pursuant to 28 U.S.C. § 1367. Dkt. 101. On January 6, 2015, Plaintiffs filed their Second Amended Complaint pursuant to the aforementioned statute and laws. Dkt. 109. Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint on

January 27, 2015 (Dkt. 110) and Plaintiffs opposed Defendant's Motion on February 13, 2015 (Dkt. 111).

On August 19, 2015 the Parties filed a Joint Stipulation Modifying Proposed Discovery Schedule whereby the Parties agreed to suspend discovery until the Court's resolution of Defendant's Motion to Dismiss the Second Amended Complaint. Dkt. 116. The Parties further agreed to submit a revised proposed discovery schedule to the Court within twenty-one (21) days of the Court's resolution of the Motion to Dismiss the Second Amended Complaint. *Id.* On September 30, 2015, the Court granted Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint. Dkt. 114.

## II.  DISCOVERY

Pursuant to the December 15, 2014 Supplemental Joint Discovery Conference Report, the Parties made their Initial Disclosures on February 2, 2015. Dkt. 106. No discovery has been served to date. The parties have agreed to begin propounding discovery in January, 2016, and to complete discovery within 365 days of the Court's Scheduling Order.

Aside from the foregoing, all other aspects of the case remain as stated in the parties' previous Joint Discovery Conference Report (Dkt. 104) and Supplemental Joint Discovery Report (Dkt. 106).

Respectfully Submitted,
Dated: October 21, 2015

By: /s/ Hugo A. Rodriguez, Esq.
      Hugo A. Rodriguez, Esq.

HUGO A. RODRIGUEZ, ESQ.
Hugo Rodriguez & Associates
1210 Washington Ave., Ste. 245
Miami Beach, Fla. 33139
T: (305) 373-1200
F: (305) 532-5560
E: hugolaw@aol.com

*Attorneys for Defendant*

/s/ Julie C. Ferguson
      Julie C. Ferguson

Julie C. Ferguson, Florida State Bar #93858
CARLTON FIELDS
Miami Tower
100 S.E. Second ST., Ste. 4200
Miami, FL  33131-2113
Telephone: (305) 539-7249
Facsimile: (305) 530-0055
Email:jferguson@carltonfields.com

       Leo P. Cunningham, California State Bar #121605
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: lcunningham@wsgr.com

L. Kathleen Roberts, California State Bar #233481
CENTER FOR JUSTICE AND ACCOUNTABILITY
870 Market Street, Suite 680
San Francisco, CA 94102
Telephone: (415) 544-0444
Facsimile: (415) 544-0456
Email: kroberts@cja.org

*Attorneys for Plaintiffs*

## ECF ATTESTATION

I, Julie C. Ferguson, am the ECF User whose ID and Password are being used to file this motion. I hereby attest that Hugo A. Rodriguez has concurred in this filing.

Dated:  October 21, 2015       By: /s/ Julie C. Ferguson
       Julie C. Ferguson

Julie C. Ferguson, Florida State Bar #93858
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL  33131-2113
Telephone: (305) 539-7249
Facsimile: (305) 530-0055
Email:jferguson@carltonfields.com

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Revised Joint Discovery Conference Report was served through the Court's CM/ECF System on counsel or parties of record on the service list.

Hugo A. Rodriguez, Esq.
1210 Washington Avenue, Suite 245
Miami Beach, FL  33139
Email : hugolaw@aol.com

/s/ Julie C. Ferguson
JULIE C. FERGUSON