**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JESÚS CABRERA JARAMILLO,et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 10-cv- 21951 - TORRES |
| CARLOS MARIO JIMÉNEZ - NARANJO, | |
| Defendant. | |

## DEFENDANT'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

TO THE HONORABLE COURT:

COME NOW Defendant, Carlos Mario Jiménez-Naranjo ("Jiménez - Naranjo"), through the undersigned counsel, and hereby files this answer and affirmative defenses to Plaintiffs Jesús Cabrera Jaramillo ("Cabrera – Jaramillo") , Sara González Calderón ("González - Calderón") , and Alonso Estrada Gutiérrez's (Estrada - Gutiérrez) (collectively, "Plaintiffs") *Second Amended Complaint* (Docket No. 109).

All allegations in Plaintiffs' *Second Amended Complaint* that are not specifically referenced below are denied.

### As to "Introduction"

1. Jiménez – Naranjo denies all allegations in Paragraph 1, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 1. Jiménez-Naranjo further admits in part and denies in part allegations in footnote 1 of Paragraph 1. Jiménez-Naranjo admits others refer to him as "Macaco". However, Jiménez-Naranjo lacks personal knowledge as to other aliases.

2. Jiménez-Naranjo denies all allegations in Paragraph 2, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 2.

3. Jiménez-Naranjo admits in part and denies in part the allegations in Paragraph 3. Jiménez-Naranjo admits that Plaintiff's sought legal remedies against him through Colombia's Justice and Peace Process and admits that the United States extradited him on May 7, 2008 to face criminal charges for violations of United States law. However, sentence three (3) in Paragraph 3 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies the remaining allegations in Paragraph 3.

4. Paragraph 4 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 4.

### As to "Jurisdiction and Venue"

5. Paragraph 5 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 5.

6. Paragraph 6 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 6.

7. Paragraph 7 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 7.

8.  Jiménez-Naranjo admits in part and denies in part the allegations in Paragraph 8.
    Jiménez-Naranjo admits that he was indicted on criminal charges in the United
    States District Court for the Southern District of Florida and the United States
    District Court for the District of Columbia. However, the remaining allegations in
    Paragraph 8 contain a legal conclusion which does not require an answer. To the
    extent that an answer is required, Jiménez-Naranjo denies the remaining
    allegations Paragraph 8.

9.  Paragraph 9 contains a legal conclusion which does not require an answer. To the
    extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph
    9.

10. Paragraph 10 contains a legal conclusion which does not require an answer. To
    the extent an answer is required, Jiménez-Naranjo denies all allegations in
    Paragraph 10.

## PARTIES
### As to "Defendant"

11. Jiménez-Naranjo admits in part and denies in part. Jiménez-Naranjo admits that
    he was born on February 26, 1966, is a citizen of Colombia who was extradited to
    the United States on May 7, 2008, and is serving a prison sentence in a U.S. prison
    after pleading guilty to trafficking cocaine from Colombia to the United States, but
    otherwise denies all remaining allegations in Paragraph 11.

12. Jiménez-Naranjo denies all allegations in Paragraph 12. Jiménez-Naranjo
    affirmatively alleges he was a member of the AUC and Commander of the BCB
    from 2000 to December 12, 2005. However, he had no authority or input in the

day-to-day affairs of the individual fronts that composed the BCB. Jiménez-Naranjo lacks knowledge of the day-to-day affairs of the individual fronts that composed the BCB. Jiménez-Naranjo lacks knowledge as to the specific number of troops under his command in the BCB. Jiménez-Naranjo affirmatively alleges he never directed widespread or systematic attacks towards anyone.

13. Jiménez-Naranjo denies all allegations in Paragraph 13. Jiménez-Naranjo affirmatively alleges he was Commander of the BCB from 2000 to December 12, 2005. However, Jiménez-Naranjo had no control of the day-to- day affairs of the individual fronts that composed the BCB. Jiménez-Naranjo lacks knowledge of the day-to-day affairs of the individual fronts that composed the BCB.

### As to "Plaintiffs"

14. Jiménez-Naranjo denies all allegations in Paragraph 14, as Jiménez-Naranjo lacks personal knowledge as to decedent's background and circumstances.

15. Jiménez-Naranjo denies all allegations in Paragraph 15, as Jiménez-Naranjo lacks personal knowledge as to Plaintiffs' background and circumstances.

16. Jiménez-Naranjo denies all allegations in Paragraph 16, as Jiménez-Naranjo lacks personal knowledge as to Decedent's background and circumstances.

17. Jiménez-Naranjo denies all allegations in Paragraph 17, as Jiménez-Naranjo lacks personal knowledge as to Plaintiff's background and circumstances in Paragraph 17. Additionally, Jiménez-Naranjo asserts that allegations in Paragraph 17 are no longer relevant where the Plaintiff gave notice of name change (Docket No.136).

18. Jiménez-Naranjo denies all allegations in Paragraph 18, as Jiménez-Naranjo lacks personal knowledge as to Plaintiff's background and circumstances described in

Paragraph 18. Additionally, Jiménez-Naranjo asserts that allegations in Paragraph 18 are no longer relevant where the Plaintiff gave notice of name change (Docket No.136).

### As to "Statement of Facts"

19. Paragraph  19 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 19.

### As to "General Facts"

20.  Jiménez-Naranjo admits in part and denies in part the allegations in Paragraph 20. Jiménez-Naranjo admits that Colombia has been in a state of internal armed conflicts. However, Jiménez-Naranjo denies Plaintiffs' characterization of the conflicts.

21. Jiménez-Naranjo admits in parts and denies in part the allegations in Paragraph 21. Jiménez-Naranjo lacks personal knowledge as to allegations regarding the Colombian government. Jiménez-Naranjo affirmatively alleges he feels strong disdain for the Colombian Government and political class due to its prevalent corruption and unjustified persecution against him and his family. Jiménez-Naranjo admits he testified to the allegations in Paragraph 21 regarding Flavio Buitrago.

22. Jiménez-Naranjo denies all allegations in Paragraph 22. Jiménez-Naranjo lacks personal knowledge as to the specific numbers of fronts. Jiménez-Naranjo affirmatively alleges he had roughly 15,000 men under his command in the BCB.

23. Jiménez-Naranjo denies all allegations in Paragraph 23. Jiménez-Naranjo lacks personal knowledge as to the relationship between the Colombian Army and the AUC. Jiménez-Naranjo affirmatively alleges he feels strong disdain for the Colombian Government and political class due to its prevalent corruption and unjustified persecution against him and his family.

24. Jiménez-Naranjo admits in part and denies in part. Jiménez-Naranjo affirmatively alleges that some members of the BCB were engaged in armed conflicts against the FARC, and other guerrilla groups, but denies Plaintiffs' characterization of conflicts. Jiménez-Naranjo lacks personal knowledge as to specifics regarding the attacks.

25. Jiménez-Naranjo denies all allegations in Paragraph 25, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 25. Jiménez-Naranjo affirmatively alleges he had no control over the day-to-day affairs of the AUC's fronts and that he feels strong disdain for the Colombian Government and political class due to its prevalent corruption and unjustified persecution against him and his family.

26. Jiménez-Naranjo denies all allegations in Paragraph 26, as Jiménez-Naranjo lacks personal knowledge as to why the United States government classified AUC under the alleged designations in Paragraph 26.

27. Jiménez-Naranjo denies all allegations in Paragraph 27, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 27.

## <u>As to "Systematic and Widespread Attacks on the Civilian Population in the Middle Magdalena"</u>

28. Jiménez-Naranjo admits all allegations in Paragraph 28.

29. Jiménez-Naranjo admits in part and denies in part the allegations in Paragraph 29. Jiménez-Naranjo admits he was a member of the BCB. Jiménez-Naranjo denies BCB ties with the government. Jiménez-Naranjo affirmatively alleges he feels strong disdain for the Colombian Government and political class due to its prevalent corruption and unjustified persecution against him and his family.

30. Jiménez-Naranjo denies all allegations in Paragraph 30, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 30. However, Jiménez-Naranjo affirmatively alleges he had no authority or input in the day-to-day affairs of the individual fronts that composed the BCB.

31. Jiménez-Naranjo denies all allegations in Paragraph 31, as Jiménez-Naranjo affirmatively alleges he had no authority or input in the day-to-day affairs of the individual fronts that composed the BCB.

32. Jiménez-Naranjo denies all allegations in Paragraph 32, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 32. Jiménez-Naranjo affirmatively alleges he feels strong disdain for the Colombian Government and political class due to its prevalent corruption and unjustified persecution against him and his family.

## <u>As to "PDP's Efforts to Promote Sustainable Development in Middle Magdalena"</u>

33. Jiménez-Naranjo denies all allegations in Paragraph 33, as Jiménez-Naranjo lacks personal knowledge as to PDP's history.

34. Jiménez-Naranjo denies all allegations in Paragraph 34, as Jiménez-Naranjo lacks personal knowledge as to PDP's services. Jiménez-Naranjo affirmatively alleges he had no authority or input in the day-to-day affairs of the individual fronts that composed the BCB.

## As to "The Extrajudicial Killing of Eduardo Estrada and the Torture of Sara González Calderón"

35. Jiménez-Naranjo denies all allegations in Paragraph 35, as Jiménez-Naranjo lacks personal knowledge as to Decedent's background and circumstances.

36. Jiménez-Naranjo denies all allegations in Paragraph 36, as Jiménez-Naranjo lacks personal knowledge as to Decedent's circumstances.

37. Jiménez-Naranjo denies all allegations in Paragraph 37, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 37.

38. Jiménez-Naranjo denies all allegations in Paragraph 38, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 38.

39. Jiménez-Naranjo denies all allegations in Paragraph 39, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 39.

40. Jiménez-Naranjo denies all allegations in Paragraph 40, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 40.

## As to "The Torture and Extrajudicial Killing of Alma Rosa Jaramillo"

41. Jiménez-Naranjo denies all allegations in Paragraph 41. Jiménez-Naranjo asserts that allegations in Paragraph 41 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

42. Jiménez-Naranjo denies all allegations in Paragraph 42. Jiménez-Naranjo asserts that allegations in Paragraph 42 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

43. Jiménez-Naranjo denies all allegations in Paragraph 43. Jiménez-Naranjo asserts that allegations in Paragraph 43 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

44. Jiménez-Naranjo denies all allegations in Paragraph 44. Jiménez-Naranjo asserts that allegations in Paragraph 44 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

45. Jiménez-Naranjo denies all allegations in Paragraph 45. Jiménez-Naranjo asserts that allegations in Paragraph 45 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

46. Jiménez-Naranjo denies all allegations in Paragraph 46. Jiménez-Naranjo asserts that allegations in Paragraph 46 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

### As to "General Allegations"

47. Jiménez-Naranjo denies all allegations in Paragraph 47. Jiménez-Naranjo affirmatively alleges he had no authority or input in the day- to- day affairs of the individual fronts that composed the BCB.

48. Jiménez-Naranjo denies all allegations in Paragraph 48. Jiménez-Naranjo denies he acted in concert with and on behalf of the Colombian government and affirmatively alleges he feels strong disdain for the Colombian Government and political class due to its prevalent corruption and unjustified persecution against him and his family. Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the remaining allegations in Paragraph 48.

49. Jiménez-Naranjo denies all allegations in Paragraph 49. Jiménez-Naranjo affirmatively alleges he had no authority or input in the day-to-day affairs of the individual fronts that composed the BCB; regional commanders were responsible for the day-to-day affairs of the AUC's fronts, each of which had political, military, and financial authority.

50. Jiménez-Naranjo denies all allegations in Paragraph 50. Jiménez-Naranjo affirmatively alleges he had no authority or input in the day- to- day affairs of the individual fronts that composed the BCB.

51. Paragraph 51 contains legal conclusions which do not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 51.

52. Paragraph 52 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 52.

53. Jiménez-Naranjo denies all allegations in Paragraph 53. Allegations in Paragraph 53 further do not require an answer where they are legal arguments. To the extent that an answer is necessary, all allegations are denied.

54. Paragraph 54 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 54.

55. Jiménez-Naranjo denies all allegations in Paragraph 55.

### As to "U.S. Concern in this case"

56. Jiménez-Naranjo denies all allegations in Paragraph 56. Jiménez-Naranjo re-alleges and incorporates by reference the responses to paragraphs 1 through 55, as if fully set forth herein.

57. Paragraph 57 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 57.

58. Jiménez-Naranjo admits in part and denies in part. Jiménez-Naranjo admits that the United States extradited him from Colombia and is currently serving a prison sentence in the United States after pleading guilty to trafficking cocaine from Colombia to the United States. However, Jiménez-Naranjo denies allegations in sentence three (3) of Paragraph 58.

59. Paragraph  59 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph  59. Additionally, Jiménez-Naranjo asserts that allegations in Paragraphs 59 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

### CLAIMS BY ESTATE OF ALMA ROSA JARAMILLO & JESÚS CABRERA JARAMILLO

## As to "First Claim for Relief (Extrajudicial Killing)"

60. Jiménez-Naranjo denies all allegations in Paragraph 60. Jiménez-Naranjo re-alleges and incorporates by reference the responses to paragraphs 1 through 59, as if fully set forth herein.

61. Jiménez-Naranjo asserts that allegations in Paragraph 61 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 61.

62. Jiménez-Naranjo asserts that allegations in Paragraph 62 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 62.

63. Jiménez-Naranjo asserts that allegations in Paragraph 63 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 63.

64. Jiménez-Naranjo asserts that allegations in Paragraph 64 are no longer relevant where the Court dismissed all claims asserted to former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 64.

65. Jiménez-Naranjo denies all allegations in Paragraph 65, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 65. Additionally, Jiménez-Naranjo asserts that allegations in Paragraph 65 are no

longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

66. Jiménez-Naranjo asserts that allegations in Paragraph 66 are no longer relevant where the Court dismissed all claims by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 66.

### As to "Second Claim for Relief (Torture)"

67. Jiménez-Naranjo denies all allegations in Paragraph 67. Jiménez-Naranjo re-alleges and incorporates by reference the responses to paragraphs 1 through 59 as if fully set forth herein.

68. Jiménez-Naranjo asserts that allegations in Paragraph 68 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 68.

69. Jiménez-Naranjo asserts that allegations in Paragraph 69 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 69.

70. Jiménez-Naranjo asserts that allegations in Paragraph 70 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 70.

71. Jiménez-Naranjo asserts that allegations in Paragraph 71 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 71.

72. Jiménez-Naranjo asserts that the allegations the allegations in Paragraph 72 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 72.

73. Jimenez asserts that allegations in Paragraph 73 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jimenez denies all allegations in Paragraph 73.

74. Jiménez-Naranjo denies all allegations in Paragraph 74, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 74. Jiménez-Naranjo asserts that allegations in Paragraph 74 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

75. Jiménez-Naranjo asserts that allegations in Paragraph 75 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 75.

## As to "Third Claim for Relief (Cruel, Inhuman, or Degrading Treatment or Punishment)"

76. Jiménez-Naranjo denies all allegations in Paragraph 76. Jiménez-Naranjo re-alleges and incorporates by reference the responses to paragraphs 1through 59, as if fully set forth herein.

77. Allegations in paragraph 77 do not require an answer where they are legal arguments. To the extent that an answer is necessary, all allegations are denied. Jiménez-Naranjo asserts that allegations in Paragraph 77 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

78. Allegations in paragraph 78 do not require an answer where they are legal arguments. To the extent that an answer is necessary, all allegations are denied. Jiménez-Naranjo asserts that allegations in Paragraph 78 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117).

79. Jiménez-Naranjo asserts that allegations in Paragraph 79 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jimenez denies all allegations in Paragraph 79.

80. Jimenez asserts that allegations in Paragraph 80 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jimenez denies all allegations in Paragraph 80.

81. Jiménez-Naranjo asserts that allegations in Paragraph 81 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera

Jaramillo (Docket No. 117). However, in abundance of caution, Jimenez denies all allegations in Paragraph 81.

82. Jiménez-Naranjo asserts that allegations in Paragraph 82 are no longer relevant where the Court dismissed all claims asserted by former Plaintiff, Jesús Cabrera Jaramillo (Docket No. 117). However, in abundance of caution, Jimenez denies all allegations in Paragraph 82.

### CLAIMS BY ESTATE OF EDUARDO ESTRADA, ALONSO ESTRADA GUTIÉRREZ AND SARA GONZÁLEZ CALDERÓN

### <u>As to "Fourth Claim for Relief (Extrajudicial Killing)"</u>

83. Jiménez-Naranjo denies all allegations in Paragraph 83. Jiménez-Naranjo re-alleges and incorporates by reference the responses to paragraphs 1 through 59, as if fully set forth herein.

84. Jiménez-Naranjo denies all allegations in Paragraph 84, as Jiménez-Naranjo lacks personal knowledge as to decedent's circumstances.

85. Jiménez-Naranjo denies all allegations in Paragraph 85, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 85.

86. Paragraph 86 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 86.

87. Jimenez asserts that allegations in Paragraph 87 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117).

However, in abundance of caution, Jimenez denies all allegations in Paragraph 87.

88. Jiménez-Naranjo denies all allegations in Paragraph 88, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 88.

89. Jiménez-Naranjo denies all allegations in Paragraph 89.

## CLAIMS BY SARA GONZÁLEZ CALDERÓN

### As to "Fifth Claim for Relief (Torture)"

90. Jiménez-Naranjo denies all allegations in Paragraph 90. Jiménez-Naranjo re-alleges and incorporates by reference the responses to paragraphs 1 through 59, as if fully set forth herein.

91. Jiménez-Naranjo denies all allegations in Paragraph 91, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 91.

92. Jiménez-Naranjo denies all allegations in Paragraph 92, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 92.

93. Jiménez-Naranjo denies all allegations in Paragraph 93, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 93.

94. Allegations in Paragraph 94 do not require an answer where they are legal arguments. To the extent that an answer is necessary, all allegations are denied.

95. Jiménez-Naranjo asserts that allegations in Paragraph 95 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 95.

96. Jiménez-Naranjo denies all allegations in Paragraph 96, as Jiménez-Naranjo lacks personal knowledge to form a belief about the truth of the allegations in Paragraph 96.

97. Jiménez-Naranjo denies all allegations in Paragraph 97.

## As to "Sixth Claim for Relief (Cruel, Inhuman or Degrading Treatment or Punishment)"

98. Jiménez-Naranjo denies all allegations in Paragraph 98. Jiménez-Naranjo re-alleges and incorporates by reference the responses to paragraphs 1 through 59, as if fully set forth herein.

99. Jiménez-Naranjo asserts that allegations in Paragraph 99 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 99.

100. Jiménez-Naranjo asserts that allegations in Paragraph 100 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 100.

101. Jiménez-Naranjo asserts that allegations in Paragraph 101 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket

No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 101.

102. Jiménez-Naranjo asserts that allegations in Paragraph 102 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 102.

103. Jiménez-Naranjo denies all allegations in Paragraph 103.

### CLAIMS BY ALL PLAINTIFFS
### As to "Seventh Claim for Relief (War Crimes)"

104. Jiménez-Naranjo denies all allegations in Paragraph 104. Jiménez re- alleges and incorporates by reference the responses to paragraphs 1 through 103 as fully set forth herein.

105. Paragraph 105 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 105. Jiménez-Naranjo further asserts that allegations in Paragraph 105 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117).

106. Jiménez-Naranjo asserts that allegations in Paragraph 106 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 106.

107. Jiménez-Naranjo asserts that allegations in Paragraph 107 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket

No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 107.

108. Jiménez-Naranjo asserts that allegations in Paragraph 108 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 108.

### As to "Eight Claim for Relief (Crimes Against Humanity)"

109. Jiménez-Naranjo denies all allegations in Paragraph 109. Jiménez-Naranjo re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 103 as if fully set forth herein.

110. Paragraph 110 contains a legal conclusion which does not require an answer. To the extent an answer is required, Jiménez-Naranjo denies all allegations in Paragraph 110.

111. Jiménez-Naranjo asserts that allegations in Paragraph 111 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 111.

112. Jiménez-Naranjo asserts that allegations in Paragraph 112 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 112.

113. Jiménez-Naranjo asserts that allegations in Paragraph 113 are no longer relevant where the Court dismissed all claims under the Colombian Penal Code (Docket

No. 117). However, in abundance of caution, Jiménez-Naranjo denies all allegations in Paragraph 113.

### As to "Prayer for Relief"

Jiménez-Naranjo denies Plaintiffs' are entitled to any relief sought pursuant to claims under Plaintiffs' *Second Amended Complaint.*

### AFFIRMATIVE DEFENSES

Jiménez-Naranjo alleges the following affirmative defenses with respect to the claims for relief alleged in the *Second Amended Complaint*:

### First Affirmative Defense

Plaintiffs fail to state a claim upon which relief can be granted.

### Second Affirmative Defense

The Court lacks personal jurisdiction over Jiménez-Naranjo who was extradited to the jurisdiction of this Court involuntarily and against his will and remains here under the same circumstances.[1]

### Third Affirmative Defense

The *Second Amended Complaint* fails to join the Republic of Colombia, agents of the Republic of Colombia, Jiménez - Naranjo's alleged subordinates, and the individual who actually committed the alleged acts, which are all necessary and indispensable parties to this case.

### Fourth Affirmative Defense

---

[1] Defendant recognizes that the Court rejected this defense in his pre-answer motion. D.E. 101. However, in an abundance of caution, Defendant pleads this defense again in his Answer to avoid waiver under Fed. R. Civ. P. 12(h).

Plaintiffs' claims fail where Plaintiffs have not exhausted all adequate and available remedies in the Republic of Colombia.

## Fifth Affirmative Defense

Any award of damages to Plaintiffs must be offset by the amount of money that Plaintiffs have recovered through the Republic of Colombia's Justice and Peace Process.

## Sixth Affirmative Defense

This Court is the improper forum for this case where all relevant acts in this case occurred outside in the Republic of Colombia, all parties are citizens of the Republic of Colombia, all relevant witnesses are located in the Republic of Colombia, all tangible evidence is located in the Republic of Colombia.

## Seventh Affirmative Defense

Any award of damages to Plaintiffs must be offset by liability of the Republic of Colombia, agents of the Republic of Colombia, Jiménez - Naranjo's alleged subordinates, and the individuals who committed the alleged acts. Jiménez-Naranjo is, at the very least, entitled to indemnification from these parties.

## Eight Affirmative Defense

Plaintiffs do not have standing where Plaintiffs are not the "legal representatives" or "claimant in an action for wrongful deaths" of the decedent.

## Ninth Affirmative Defense

Jiménez-Naranjo reserves the right to raise other defenses after conducting discovery and investigating the facts and circumstances of the case.

## JURY TRIAL DEMAND

Pursuant to Fed. R. Civ. P. 38, Jiménez-Naranjo demands a jury trial on all issues triable of right by a jury.

**Respectfully submitted.**

In this 22nd day of June, 2018.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY: That today a true and correct copy of the foregoing document was served by using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

By: s/ María A. Domínguez
María A. Domínguez
Florida Bar No. 0510221
E-mail: madt@mcvpr.com
**McCONNELL VALDÉS LLP**
Attorneys for Defendant
Carlos Mario Jiménez-Naranjo
1 SE 3rd Avenue, Ste. 1650
Miami, Florida 33131
T. 305-677-6626
F. 787.759.8282

s / Javier F. Micheo-Marcial
Javier F. Micheo-Marcial
E-mail: jfmm@mcvpr.com
**McCONNELL VALDÉS LLP**
Attorneys for Defendant
Carlos Mario Jiménez-Naranjo
1 SE 3rd Avenue, Ste. 1650
Miami, Florida 33131
T. 305-677-6626
F. 787.759.8282